United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA, et al., | NO. C 04-1593 JW |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM ORDER** |
| v. | |
| Seagate Technology, Inc., | |
| Defendant. | |

Plaintiffs National Union Fire Insurance Co. ("National") and American International Underwriters Insurance Company ("AIU") sued Defendant Seagate Technology, Inc. (See Order of April 4, 2005, Docket Item No. 63, at 1:18-8:15 for the factual background of this lawsuit.) Pursuant to FED. R. CIV. P. 60(a) ("Rule 60(a)"), National and AIU now move this Court to amend the following sentence in its April 18, 2005 Order: "Although this Court concluded that National and AIU wrongly declined to defend Seagate, this Court here concludes that their denial did not amount to a breach of the covenant of good faith and fair dealing." (Order of April 18, 2005, Docket Item No. 63, at 4:23-25; Plaintiffs' Notice of Motion and Motion for Relief from Judgment or Order, hereinafter, "Plaintiffs' Motion," Docket Item No. 68, at 2:9-15.) This Court GRANTS their motion and replaces the sentence with a new one.

Rule 60(a) states: "Clerical mistakes in . . . orders . . . and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party and after such notice, if any, as the court orders."

This Court elects to alter the language at issue in order to accommodate the parties and to

avoid further confusion. As both parties correctly note in their papers, the April 18, 2005 Order does not reach a holding on whether National and AIU breached their duty to defend. (Plaintiffs' Motion at 3:19-22; Defendant's Opposition to Motion for Relief from Judgment or Order, Docket Item No. 73, at 1:21-22.) Accordingly, this Court now amends the sentence at issue to avoid any potential implication of a judicial determination of legal wrong by National and AIU. This amendment does not, however, preclude such a determination in the future.

National's and AIU's motion is GRANTED. This Court replaces the sentence at 4:23-25 in the April 18, 2005 Order with the following sentence: "Although National and AIU previously declined to defend Seagate, this Court here concludes that their denial did not amount to a breach of the covenant of good faith and fair dealing."

Dated: July 11, 2005                                /s/James Ware
                                                    JAMES WARE
04cv1593am-041805ord                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie S. Robinson asr@r-winc.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
John L. Winchester jlw@r-winc.com
Mark R. Weinstein mweinstein@whitecase.com
Robert E. Freitas rfreitas@orrick.com

**Dated: July 11, 2005**                              **Richard W. Wieking, Clerk**

                                                      **By:/s/JWchambers**
                                                          **Ronald L. Davis**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California