CHARLES A. REID, III (State Bar No. 221306)
CHERYL A. JORGENSEN (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>Defendant. | Case No. C-04-1593 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE**<br><br>**[Civil L.R. 6-1(b)]** |

Plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY ("Plaintiffs") and Defendant SEAGATE TECHNOLOGY, INC., ("Defendant") file this Stipulation and [Proposed] Order Extending the Discovery Deadline, as follows:

Although the discovery deadline for this matter was originally scheduled to be July 25, 2005, there are ongoing discussions regarding whether discovery can proceed and, if so, what discovery can proceed at this time given the Court's rulings. The parties intend to contact the Court to determine how to resolve this issue. In the meanwhile, Plaintiffs and Defendant agree

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\361395\1

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE
CASE NO. C-04-1593 JW

that the discovery deadline is extended to August 8, 2005, as to (1) Plaintiffs' First Sets of Special Interrogatories and Requests for Production to Defendants, (2) Defendants' Second Sets of Document Requests to Plaintiffs National Union and AIU, and (3) Defendants' Notices of Deposition of Plaintiff National Union and Plaintiff AIU, both served on June 27, 2005.

Respectfully submitted,

Dated: July 27, 2005                DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Jorgensen
CHERYL A. JORGENSEN

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
AMERICAN INTERNATIONAL
UNDERWRITERS INSURANCE
COMPANY

Dated: July 27, 2005                ORRICK HERRINGTON & SUTCLIFFE LLP

/s/ Daniel Weinberg
DANIEL WEINBERG

Attorneys for Defendant
SEAGATE TECHNOLOGY, INC.

### CERTIFICATION

I attest that Daniel Weinberg has concurred in the filing of this document.

Dated: July 27, 2005                DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Jorgensen
CHERYL A. JORGENSEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~July __, 2005~~ Aug. 03, 2005

/s/ James Ware
THE HONORABLE JAMES WARE
United States District Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\361395\1

2
STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE
CASE NO. C-04-1593 JW