1  CHARLES A. REID, III (State Bar No. 221306)
   CHERYL A. JORGENSEN (State Bar No. 224323)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  *Appearing Pro Hac Vice*
   WILLIAM T. CORBETT, JR.
6  MARK D. SHERIDAN
   DRINKER BIDDLE & REATH LLP
7  500 Campus Drive
   Florham Park, New Jersey 07932-1047
8  Telephone: (973) 360-1100
   Facsimile: (973) 360-9831
9

10 Attorneys for Plaintiffs
   NATIONAL UNION FIRE INSURANCE COMPANY OF
11 PITTSBURGH, PA and AMERICAN INTERNATIONAL
   UNDERWRITERS INSURANCE COMPANY
12

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Ware]*

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

| | |
|---|---|
| 16 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>Defendant. | Case No. C-04-1593 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ADJOURNING THE PRE-TRIAL CONFERENCE<br><br>[Civil L.R. 6-1(b)]<br><br>THE CONFERENCE IS ADJOURNED UNTIL 11:00 A.M. MON. NOVEMBER 7, 2005.**** |

      Plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
SF1\361395\1

STIPULATION AND [PROPOSED] ORDER ADJOURNING THE PRETRIAL CONFERENCE
CASE NO. C-04-1593 JW

("Plaintiffs") and Defendant SEAGATE TECHNOLOGY, INC., ("Defendant") file this Stipulation and [Proposed] Order Adjourning the Pre-Trial Conference, as follows:

Although the pre-trial conference for this matter was originally scheduled to be held on September 26, 2005, the parties believe that the matters remaining for disposition in this case may not require a trial. The parties further agree that if there is a need for a trial, the scope of the trial can be determined by (a) the possible agreement of the parties or (b) an order by the Court on a motion for partial summary judgment or motion to compel arbitration. The Court has determined that the Plaintiffs have a present duty to defend Defendant in the Underlying Action. The Court has further determined that Plaintiffs did not act in "bad faith" in declining to defend Defendant in the Underlying Action. However, the issue of when the Plaintiffs' duty to defend arose remains in dispute. The parties agree that this issue can be resolved by the Court on motion without the need for a trial. The parties request permission to file motions on this issue no later than October 10, 2005.

The other remaining issues for the Court include the question of whether the Plaintiffs' have a duty to indemnify the Defendant. The parties agree that this issue cannot be decided at this time as the Underlying Action is ongoing and liability has not been established in that matter. In addition, the parties are presently discussing several disputes relating to the defense Plaintiffs are presently providing Defendant in the Underlying Action and whether those disputes are subject to arbitration under Section 2860 of the California Civil Code or are subject to disposition in the instant litigation. The parties are attempting to reach agreement on the forum for resolution of these issues and the parties request permission to present any disputes about the forum for resolution of these disputes or the merits of the disputes with the motions described above involving the duty to defend.

Based upon the foregoing, Plaintiffs and Defendant request that the pre-trial conference scheduled for September 26, 2005 be continued. In the interim, the parties request permission to report back to the Court no later than October 3, 2005, as to the status of their discussions

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\361395\1

2

STIPULATION AND [PROPOSED] ORDER ADJOURNING THE PRETRIAL CONFERENCE
CASE NO. C-04-1593 JW

1  regarding the remaining disputes and to file the motions described above no later than October
2  10, 2005.

Dated: September 16, 2005

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Jorgensen
CHERYL A. JORGENSEN

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

Dated: September 16, 2005

ORRICK HERRINGTON & SUTCLIFFE LLP

/s/ Robert E. Freitas
ROBERT E. FREITAS

Attorneys for Defendant
SEAGATE TECHNOLOGY, INC.

### CERTIFICATION

I attest that Robert E. Freitas has concurred in the filing of this document.

Dated: September 16, 2005

DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. jorgensen
CHERYL A. JORGENSEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Preliminary pretrial/trial setting conference is continued to MON. NOVEMBER 07, 2005 @ 11AM

Dated: September 20, 2005

/s/ James Ware
THE HONORABLE JAMES WARE
United States District Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
SF1\361395\1

3

STIPULATION AND [PROPOSED] ORDER ADJOURNING THE PRETRIAL CONFERENCE
CASE NO. C-04-1593 JW