1  CHARLES A. REID, III (State Bar No. 221306)
2  CHERYL A. JORGENSEN (State Bar No. 224323)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   *Appearing Pro Hac Vice*
6  WILLIAM T. CORBETT, JR.
   MARK D. SHERIDAN
7  DRINKER BIDDLE & REATH LLP
   500 Campus Drive
8  Florham Park, New Jersey 07932-1047
   Telephone: (973) 360-1100
9  Facsimile: (973) 360-9831

10
   Attorneys for Plaintiffs
11 NATIONAL UNION FIRE INSURANCE COMPANY
   OF PITTSBURGH, PA and AMERICAN
12 INTERNATIONAL UNDERWRITERS INSURANCE
   COMPANY
13

*(Court seal: IT IS SO ORDERED AS MODIFIED / Judge James Ware)*

14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
16                     SAN JOSE DIVISION

| | |
|---|---|
| 17 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>Defendant. | Case No. C-04-1593 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL CONFERENCE DATE FROM NOVEMBER 7, 2005 TO NOVEMBER 14, 2005**<br><br>*As modified by the Court<br><br>**[Civil L.R. 6-1(b)]** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\363748\1

STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL CONFERENCE DATE
FROM NOVEMBER 7, 2005 TO NOVEMBER 14, 2005
CASE NO. C-04-1593 JW

Plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY ("Plaintiffs") and Defendant SEAGATE TECHNOLOGY, INC., ("Defendant") file this Stipulation and [Proposed] Order Continuing the Pretrial Conference Date From November 7, 2005, to November 14, 2005, as follows:

Following a stipulated request for an adjournment of the Pretrial Conference, the Pretrial Conference was continued until 11:00 a.m., Monday, November 7, 2005. Counsel for the Plaintiffs has a conflict on this date, but has conferred with Defendant's counsel and determined that all parties are available for a Pretrial Conference the following Monday, November, 14, 2005 – the same date that Plaintiffs' motion for summary judgment is set on for hearing. Thus, the parties hereby stipulate to a continuance of the Pretrial Conference to **Monday, November 14, 2005, at ~~9:00~~ 10:00 am a.m.,** or as soon thereafter as the conference may be had.

Dated: October 10, 2005

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Jorgensen
CHERYL A. JORGENSEN

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

Dated: October 10, 2005

ORRICK HERRINGTON & SUTCLIFFE LLP

/s/ Daniel Weinberg
ROBERT E. FREITAS
DANIEL WEINBERG

Attorneys for Defendant
SEAGATE TECHNOLOGY, INC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\363748\1

2

STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL CONFERENCE DATE FROM NOVEMBER 7, 2005 TO NOVEMBER 14, 2005
CASE NO. C-04-1593 JW

## CERTIFICATION

I attest that Daniel Weinberg has concurred in the filing of this document.

Dated: October 10, 2005

DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Jorgensen
CHERYL A. JORGENSEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 12, 2005

THE HONORABLE JAMES WARE
United States District Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\363748\1

3

STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL CONFERENCE DATE
FROM NOVEMBER 7, 2005 TO NOVEMBER 14, 2005
CASE NO. C-04-1593 JW