IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE, | NO. C 04-01593 |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON NATIONAL UNION AND AIU IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SEAGATE TECHNOLOGY INC., | |
| Defendant(s). | |

Due to Defendant Seagate's failure to supply the Court with Chambers copies of its opposition papers to Plaintiffs' motion for summary, the Court vacates the currently scheduled hearing on November 14, 2005. The new hearing date is on **December 12, 2005 at 9 a.m.** The Court will also conduct a preliminary pretrial conference on the same date.

Dated: November 8, 2005

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles A. Reid, charles.reid@dbr.com
Archie S. Robinson, asr@robinsonwood.com
Robert E. Freitas, rfreitas@orrick.com
Mark R. Weinstein, mweinstein@whitecase.com
Daniel Justin Weinberg, dweinberg@orrick.com

**Dated: November 8, 2005**              **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
     **Ronald L. Davis**
     **Courtroom Deputy**

**United States District Court**
For the Northern District of California