*E-filed 11/28/05*

| | |
|---|---|
| 1 | ROBERT E. FREITAS (State Bar No. 80948) |
| 2 | DANIEL J. WEINBERG (State Bar No. 227159) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road |
|   | Menlo Park, California 94025 |
| 4 | Telephone: (650) 614-7400 |
|   | Facsimile: (650) 614-7401 |

Attorneys for Defendant and Counterclaimant
Seagate Technology, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> SEAGATE TECHNOLOGY, INC., <br><br> Defendant. | CASE NO: C 04-01593 JW (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE TO RESPOND TO DISCOVERY FROM NOVEMBER 22, 2005 TO NOVEMBER 30, 2005** <br><br> **[CIVIL L.R. 6-1(b)]** |
| SEAGATE TECHNOLOGY LLC <br><br> Counterclaimant, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, <br><br> Counterclaim Defendants. | |

Plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union") and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY ("AIU") and Defendant SEAGATE TECHNOLOGY, LLC ("Seagate") file this Stipulation and [Proposed] Order Extending The Date To Respond To Discovery From November 22, 2005, to November 30, 2005, as follows:

On November 1, 2005, Magistrate Judge Lloyd granted National Union's and AIU's motion to compel and ordered that Seagate respond to certain discovery requests by November 22, 2005. A protective order entered in the lawsuit underlying this coverage case prohibits the disclosure of many of the documents subject to the order. National Union and AIU recently provided Seagate a list of name in order to become signatories to the protective order pursuant to Magistrate Judge Lloyd's order. Resolving this protective order issue will take at least one more week. Thus, the parties hereby stipulate to extend the date to comply with the Court's Order compelling discovery to **Wednesday, November 30, 2005**.

| | |
|---|---|
| Dated: November 22, 2005 | Respectfully submitted,<br>DRINKER BIDDLE & REATH LLP |
| | /s/ Cheryl A. Sabnis /s/<br>CHERYL A. SABNIS |
| | Attorneys for Plaintiffs<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY |
| Dated: November 22, 2005 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | /s/ Daniel J. Weinberg /s/<br>DANIEL J. WEINBERG |
| | Attorneys for Defendant<br>SEAGATE TECHNOLOGY, LLC |

## CERTIFICATION

I attest that Cheryl A. Sabnis has concurred in the filing of this document.

Dated: November 22, 2005           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                          /s/   Daniel J. Weinberg  /s/
                                          DANIEL J. WEINBERG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/28/05__

                                          /s/ Howard R. Lloyd
                                          THE HONORABLE HOWARD R. LLOYD
                                          United States Magistrate Judge