IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>Seagate Technology, Inc.,<br><br>Defendant(s). | NO. C 04-01593 JW<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT BRIEFING PURSUANT TO CIVIL LOCAL RULE 72-2** |

On November 1, 2005, Magistrate Judge Lloyd issued an Order Granting In Part And Denying In Part Plaintiffs' Motion to Compel ("Order"). On November 16, 2005, Defendant and Counterclaimant Seagate Technology filed an Objection to the Order.

Pursuant to Civil Local Rule 72-2, Plaintiffs are ordered to file and serve a responsive brief no later than December 19, 2005. Plaintiffs' brief shall not exceed ten pages and should focus primarily on the objections based on burden and overbreadth asserted by Seagate.

The matter is tentatively scheduled for hearing on January 9, 2006 at 9:00 a.m. In the interim, Seagate is excused from complying with the November 22, 2005 deadline for discovery set forth in the Order.

Dated: November 30, 2005        /s/James Ware
                                JAMES WARE
                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie S. Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
John L. Winchester jlw@r-winc.com
Mark R. Weinstein mweinstein@whitecase.com
Robert E. Freitas rfreitas@orrick.com

**Dated: November 30, 2005**          **Richard W. Wieking, Clerk**

                                      **By:  /s/JW Chambers**
                                            **Ronald L. Davis**
                                            **Courtroom Deputy**