IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE, et al., | NO. C 04-01593 |
| Plaintiffs, v. | **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| SEAGATE TECHNOLOGY INC., | |
| Defendant. | |

Please take notice that on the Court's own motion, the hearing on Plaintiffs' motion for summary judgment currently scheduled for December 12, 2005 is vacated. The new hearing date is on **January 30, 2006 at 9 a.m.** The Court will also conduct the preliminary pretrial conference on the same date.

Dated: December 1, 2005

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles A. Reid, charles.reid@dbr.com
Archie S. Robinson, asr@robinsonwood.com
Robert E. Freitas, rfreitas@orrick.com
Mark R. Weinstein, mweinstein@whitecase.com
Daniel Justin Weinberg, dweinberg@orrick.com

**Dated: December 1, 2005**          **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Ronald L. Davis**
       **Courtroom Deputy**