**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10

11   National Union Fire Insurance Co. of          NO. C 04-01593 JW
     Pittsburgh, PA, et al.,

12
                 Plaintiffs,
13
                                                   **ORDER DENYING OBJECTION TO**
         v.                                        **MAGISTRATE JUDGE'S NOVEMBER 1,**
14                                                 **2005 ORDER**

15   Seagate Technology, Inc.,

16              Defendant.
     _____/

17       Defendant's Objection to Magistrate Judge Lloyd's Order on National Union's and AIU's Motion

18   to Compel is denied.  Magistrate Judge Lloyd's Order is neither clearly erroneous nor contrary to law.

19

20   Dated: December 28, 2005                        /s/ James Ware_____
     04cv1593disc                                    JAMES WARE
21                                                   United States District Judge

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie S. Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
John L. Winchester jlw@r-winc.com
Mark R. Weinstein mweinstein@whitecase.com
Robert E. Freitas rfreitas@orrick.com

**Dated: December 28, 2005**                          **Richard W. Wieking, Clerk**

                                                       **By:__/s/ JW Chambers_____**
                                                       **Ronald L. Davis**
                                                       **Courtroom Deputy**