IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA, et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Seagate Technology, Inc.,<br><br>    Defendant(s). | NO. C 04-01593 JW<br><br>**ORDER VACATING ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S NOVEMBER 1, 2005 ORDER; CONTINUING HEARING** |

The Court vacates the Order Denying Objection to Magistrate Judge's November 1, 2005 Order (Docket Item No. 113.) The hearing on the objection to Magistrate Judge's order tentatively set by the Court's Order Directing Plaintiffs to Submit Briefing (Docket Item No. 109) for January 9, 2006 is continued to January 30, 2006 at 9:00 a.m.

Dated: January 3, 2006            /s/ James Ware
04eciv1593vac                    JAMES WARE
                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie S. Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
John L. Winchester jlw@r-winc.com
Mark R. Weinstein mweinstein@whitecase.com
Robert E. Freitas rfreitas@orrick.com

**Dated: January 3, 2006**               **Richard W. Wieking, Clerk**

                              **By:__/s/ JW Chambers_____**
                              **Ronald L. Davis**
                              **Courtroom Deputy**