United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA et al.,<br><br>                    Plaintiff(s),<br>    v.<br><br>Seagate Technology, Inc. et al.,<br><br>                    Defendant(s). | NO. C 04-01593 JW<br><br>**ORDER GRANTING MOTION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; DENYING MOTION TO STAY ORDER OF APRIL 4, 2005; DENYING OBJECTION TO MAGISTRATE JUDGE'S NOVEMBER 1, 2005 ORDER** |

This lawsuit arises out of contract disputes between, on the one hand, Plaintiffs National Union Fire Insurance Company of Pittsburg, PA ("National"), American International Underwriters Insurance Company ("AIU"),(collectively "Plaintiffs") and, on the other hand, Defendant Seagate Technology, Inc. ("Seagate" or "Defendant"). Plaintiffs are insurance companies and Defendant is their insured. Plaintiffs pray for, <u>inter alia</u>, a declaratory judgment finding that they have no obligation to defend or indemnify Defendant in connection with a separate lawsuit pending in New York, <u>Convolve, Inc., et al. v. Seagate Technology, LLC, et al.</u>, C00-5141(S.D.N.Y.) (the "Underlying Action").

By order dated April 4, 2005, the Court determined that Plaintiffs have an obligation to defend Seagate in the Underlying Action ("April 4, 2005 Order"). Thereafter, the parties filed cross-motions for summary judgment to determine when Plaintiffs' duty to defend was triggered. Plaintiffs contend that the duty arose no earlier than the September 18, 2003, when Seagate tendered Convolve's response to Supplemental Interrogatory No. 23. In contrast, Seagate contends that the duty to defend arose at the outset of the Underlying Action. These cross-motions for summary

judgment are currently scheduled for hearing on January 30, 2006.

On January 20, 2006, Plaintiffs filed a motion to continue the January 30, 2006 hearing date, and a motion to stay the April 4, 2005 Order. Plaintiffs contend that the continuance and stay are necessary to permit them additional time to review materials sought from Seagate pursuant to a motion to compel. Plaintiffs believe that the materials they seek bear not only on the issue of whether a duty to defend still exists, but also on when, if ever, such a duty arose. On January 24, 2006, Plaintiffs filed an Errata with respect to their motion to continue and stay. On January 25, 2006, Seagate filed an opposition, which stated that it intends to file "complete opposition papers before the January 30, 2006 hearing."

Based upon all papers filed to date, the Court grants Plaintiffs' motion to continue the January 30, 2006 hearing. The continuance is intended to give Plaintiffs time to review the materials they seek from Seagate and to supplement their motion for summary judgment, if appropriate. The continuance is also intended to promote judicial economy. Accordingly, the hearing date for the cross-motions for summary judgment is continued from January 30, 2006 to March 27, 2006 at 9:00 a.m. Plaintiffs' supplemental briefing, if any, must be filed and served no later than February 28, 2006; Seagate's supplemental briefing, if any, must be filed and served no later than March 14, 2006.

The motion to stay the April 4, 2005 Order is denied.

Lastly, the Court has reviewed Defendant's Objection to Magistrate Judge Lloyd's Order on National Union's and AIU's Motion to Compel, and Plaintiffs' Opposition to Defendant's Objection. Defendant's Objection is denied. Magistrate Judge Lloyd's Order is neither clearly erroneous nor contrary to law. Defendant Seagate shall comply with Magistrate Judge Lloyd's Order no later than February 3, 2006.

Dated: January 26, 2006         /s/James Ware
04cv1593motion                  JAMES WARE
                                United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie S. Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
John L. Winchester jlw@r-winc.com
Mark R. Weinstein mweinstein@whitecase.com
Robert E. Freitas rfreitas@orrick.com

**Dated: January 26, 2006**                                **Richard W. Wieking, Clerk**

                                                            **By:  /s/JW chambers**
                                                            **Melissa Peralta**
                                                            **Courtroom Deputy**

United States District Court
For the Northern District of California