**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA et al.,<br><br>Plaintiff(s),<br>v.<br><br>Seagate Technology, Inc. et al.,<br><br>Defendant(s). | NO. C 04-01593 JW<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

The preliminary pretrial conference scheduled for January 30, 2006 is continued to March 27, 2006 at 9:00 a.m., to coincide with the hearing on the parties' cross-motions for summary judgment.

Dated: January 26, 2006

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie S. Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
John L. Winchester jlw@r-winc.com
Mark R. Weinstein mweinstein@whitecase.com
Robert E. Freitas rfreitas@orrick.com

**Dated: January 26, 2006**　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By:  /s/JW chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Melissa Peralta**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**