*E-filed 2/8/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>    Defendant.<br>_____/ | Case No. C04-01593 JW (HRL)<br><br>ORDER CONTINUING DATE FOR COMPLIANCE WITH DISCOVERY ORDER |

    Pursuant to the request received by the court from defendant's counsel on February 3, 2006, having received notice that defendants do not object, and good cause appearing, the court continues the date for compliance with the discovery order from February 3, 2006 (as set by the trial court) until **March 17, 2006.** This continuance is intended to allow time for the required amendments to the protective order in the underlying action to be finalized, and for exchange and review of the materials that will be produced pursuant to the discovery order.

    To the extent this continuance will interfere with the briefing schedule set by the trial court for the upcoming cross-motions for summary judgment, the parties should seek modification of that schedule from the trial court.

**IT IS SO ORDERED.**

Dated: 2/8/06

                                                          /s/ Howard R. Lloyd
                                                        HOWARD R. LLOYD
                                                        UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California