CHARLES A. REID, III (State Bar No. 221306)
CHERYL A. SABNIS (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Appearing Pro Hac Vice*
WILLIAM T. CORBETT, JR.
MARK D. SHERIDAN
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA and AMERICAN
INTERNATIONAL UNDERWRITERS INSURANCE
COMPANY

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>Defendant. | Case No. C-04-1593 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFS ON DUTY TO DEFEND**<br><br>[Civil L.R. 6-1(b), 6-2] |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

\jorgenca\Local Settings

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
SUPPLEMENTAL BRIEFS ON DUTY TO DEFEND AND HEARING AND PRE-TRIAL CONFERENCE DATE
CASE NO. C-04-1593 JW

Plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY ("Plaintiffs") and Defendant SEAGATE TECHNOLOGY, INC., ("Defendant") file this Stipulation and [Proposed] Order extending the time to file supplemental briefs on the duty to defend and continuing the hearing and pretrial conference dates as follows:

Pursuant to Magistrate Judge Lloyd's Order of February 8, 2006, Defendant was granted an extension of time to comply with the Court's Order of January 26, 2006, from February 3, 2006 to March 17, 2006. Judge Ware's January 26, 2006 Order, however, requires Plaintiffs to submit supplemental briefing on the issue of the duty to defend not later than February 28, 2006 with Defendant's opposition due on March 14, 2006. These dates were contingent upon Defendant's production of documents on February 3, 2006.

Accordingly, the parties hereby stipulate to an extension of Plaintiffs' time to file supplemental briefing to **April 11, 2006** and Defendant's time to **April 25, 2006**. The parties further stipulate to a continuance of the argument on the motions for summary judgment and the pretrial conference from March 27, 2006 to **May 8, 2006** or as soon thereafter as the matter may be heard.

Dated: February 22, 2006

Respectfully submitted,
DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Sabnis
CHERYL A. SABNIS

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

\jorgenca\Local Settings

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
SUPPLEMENTAL BRIEFS ON DUTY TO DEFEND AND HEARING AND PRE-TRIAL CONFERENCE DATE
CASE NO. C-04-1593 JW

| | | |
|---|---|---|
| 1 | Dated: February 22, 2006 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | /s/ Daniel Weinberg <br> DANIEL WEINBERG |
| 4 | | Attorneys for Defendant <br> SEAGATE TECHNOLOGY, INC. |
| 5 | | |

**CERTIFICATION**

I attest that Daniel Weinberg has concurred in the filing of this document.

Dated: February 22, 2006                                    DRINKER BIDDLE & REATH LLP

                                                             /s/ Cheryl A. Sabnis
                                                             CHERYL A. SABNIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 24, 2006

                                                             THE HONORABLE JAMES WARE
                                                             United States District Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

\jorgenca\Local Settings

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
SUPPLEMENTAL BRIEFS ON DUTY TO DEFEND AND HEARING AND PRE-TRIAL CONFERENCE DATE
CASE NO. C-04-1593 JW