1  CHARLES A. REID, III (State Bar No. 221306)
2  CHERYL A. SABNIS (State Bar No. 224323)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
6  *Appearing Pro Hac Vice*
   WILLIAM T. CORBETT, JR.
7  MARK D. SHERIDAN
   DRINKER BIDDLE & REATH LLP
8  500 Campus Drive
   Florham Park, New Jersey 07932-1047
9  Telephone: (973) 360-1100
   Facsimile: (973) 360-9831
10
11 Attorneys for Plaintiffs
   NATIONAL UNION FIRE INSURANCE COMPANY
12 OF PITTSBURGH, PA and AMERICAN
   INTERNATIONAL UNDERWRITERS INSURANCE
13 COMPANY

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>Defendant. | Case No. C-04-1593 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFS ON DUTY TO DEFEND AND CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PRETRIAL CONFERENCE**<br><br>[Civil L.R. 6-1(b), 6-2] |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\369748\1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SUPPLEMENTAL
BRIEFS ON DUTY TO DEFEND AND CONTINUING HEARING AND PRE-TRIAL CONFERENCE DATE
CASE NO. C-04-1593 JW

Plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY ("Plaintiffs") and Defendant SEAGATE TECHNOLOGY, INC., ("Defendant") file this Stipulation and [Proposed] Order extending the time to file supplemental briefs on the duty to defend and continuing the hearing and pretrial conference dates as follows:

Pursuant to Magistrate Judge Lloyd's Order of February 8, 2006, Defendant was granted an extension of time to comply with the Court's Order of January 26, 2006, from February 3, 2006 to March 17, 2006. Judge Ware's January 26, 2006 Order, however, requires Plaintiffs to submit supplemental briefing on the issue of the duty to defend not later than February 28, 2006 with Defendant's opposition due on March 14, 2006. These dates were contingent upon Defendant's production of documents on February 3, 2006. On February 8, 2006, Magistrate Judge Lloyd granted Seagate an extension of time to produce the required materials, setting a new deadline of March 17, 2006.

To date, Plaintiffs have been unable to obtain the materials Seagate has been ordered to produce in this case. Seagate contends the materials that Plaintiffs seek are subject to a protective order entered in the Underlying Action pending in the Southern District of New York ("*Convolve* Action"). Seagate unsuccessfully moved for a modification of the *Convolve* protective order to permit the usage of protected materials in this action, as opposed to solely in the *Convolve* Action. Following the denial of Seagate's motion to modify, the parties conducted discovery conferences before Magistrate Judge Lloyd on March 14 and 17, 2006. The Court advised the parties that it was unwilling to order Seagate to produce information which would violate the protective order entered in the *Convolve* Action. (Docket Item No. 137). In addition, Plaintiffs were ordered to apply for intervention in the *Convolve* Action and seek modification of the *Convolve* protective order. Plaintiffs will file such an application and motion in the *Convolve* Action next week.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\369748\1

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SUPPLEMENTAL
BRIEFS ON DUTY TO DEFEND AND CONTINUING HEARING AND PRE-TRIAL CONFERENCE DATE
CASE NO. C-04-1593 JW

Because Plaintiffs have not yet had the opportunity to obtain and review the materials subject to the *Convolve* protective order that Seagate was ordered to produce, Plaintiffs cannot yet supplement their motion for summary judgment and a hearing on the parties' cross-motions for summary judgment and Pretrial Conference is premature.

Accordingly, the parties hereby stipulate to an extension of Plaintiffs' time to file supplemental briefing to **July 10, 2006** and Defendant's time to **July 24, 2006**. The parties further stipulate to a continuance of the argument on the motions for summary judgment and the pretrial conference from **May 8, 2006** to **August 7, 2006** or as soon thereafter as the matter may be heard.

Dated: April 13, 2006

Respectfully submitted,
DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Sabnis
CHERYL A. SABNIS

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

Dated:  April 13, 2006

ORRICK HERRINGTON & SUTCLIFFE LLP

/s/ Daniel Weinberg
DANIEL WEINBERG

Attorneys for Defendant
SEAGATE TECHNOLOGY, INC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\369748\1

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFS ON DUTY TO DEFEND AND CONTINUING HEARING AND PRE-TRIAL CONFERENCE DATE
CASE NO. C-04-1593 JW

## CERTIFICATION

I attest that Daniel Weinberg has concurred in the filing of this document.

Dated: April 13, 2006                                   DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Sabnis
CHERYL A. SABNIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 14, 2006

THE HONORABLE JAMES WARE
United States District Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\369748\1

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SUPPLEMENTAL
BRIEFS ON DUTY TO DEFEND AND CONTINUING HEARING AND PRE-TRIAL CONFERENCE DATE
CASE NO. C-04-1593 JW