*E-filed 5/2/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., | Case No. C04-01593 JW (HRL) |
| Plaintiff, | ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR A PROTECTIVE ORDER |
| v. | |
| SEAGATE TECHNOLOGY, INC., | |
| Defendant. | |

On April 18, 2006, the parties appeared for defendant's motion for a protective order. The court took the motion under submission, and ordered the parties to meet and confer in hopes that they could resolve the issue without the court's intervention.

On April 26, 2006, the parties informed the court that they had reached agreement on the form of the protective order. The stipulated protective order has been approved by the court with only slight amendment, and will be filed concurrently with this order.

Accordingly, defendant's motion is denied as moot.

**IT IS SO ORDERED.**

Dated: 5/2/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

| | |
|---|---|
| Robert E. Freitas | rfreitas@orrick.com, marlantico@orrick.com |
| Cheryl A. Jorgensen | Cheryl.jorgensen@dbr.com, connie.gutierrez@dbr.com |
| Charles A. Reid , III | charles.reid@dbr.com, kristi.baughman@dbr.com, april.miller@dbr.com, chris.lorange@dbr.com |
| Archie S. Robinson | asr@robinsonwood.com, lmr@robinsonwood.com |
| Daniel Justin Weinberg | dweinberg@orrick.com, lbrim@orrick.com, cwilke@orrick.com |
| Mark R. Weinstein | mweinstein@whitecase.com |
| John L. Winchester | jlw@r-winc.com |

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 5/2/06

                                                /s/ RNR
                                Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California