IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA, et al., <br><br> Plaintiffs, <br> v. <br><br> Seagate Technology, Inc. et al., <br><br> Defendants. | NO. C 04-01593 JW <br><br> **ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PRELIMINARY PRETRIAL CONFERENCE** |

Please take note that due to the Court's own unavailability, the hearing on cross-motions for summary judgment and preliminary pretrial conference presently scheduled for August 7, 2006 is continued to **September 25, 2006 at 9:00 a.m and 11:00 a.m.**, respectively.

Dated: June 20, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie S. Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
John L. Winchester jlw@robinsonwood.com
Robert E. Freitas rfreitas@orrick.com

**Dated: June 20, 2006**                                   **Richard W. Wieking, Clerk**

                                                           **By:   /s/JW Chambers
                                                                Melissa Peralta
                                                                Courtroom Deputy**