**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10  National Union Fire Insurance Co. of            NO. C 04-01593 JW
    Pittsburgh, PA, et al.,
11                                                  **ORDER CONTINUING STATUS**
                  Plaintiffs,                       **CONFERENCE**
12        v.

13  Seagate Technology, Inc. et al.,

14                Defendants.
                                          /
15

16          Please take note that due to the Court's own unavailability, the status conference presently

17  scheduled for  September 25, 2006 is continued to **October 16, 20006 at 10 a.m.**

18

19

20  Dated: September 12, 2006

21                                              JAMES WARE
                                                United States District Judge
22

23

24

25

26

27

28

1

2

3

4

5

6

7                                 IN THE UNITED STATES DISTRICT COURT

8                             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                          SAN JOSE DIVISION

10   National Union Fire Insurance Co. of          NO. C 04-01593 JW
     Pittsburgh, PA, et al.,
11                                                 **ORDER CONTINUING STATUS**
                      Plaintiffs,                  **CONFERENCE**
12        v.
13   Seagate Technology, Inc. et al.,
14                    Defendants.
                                          /
15

16        Please take note that due to the Court's own unavailability, the status conference presently

17   scheduled for  September 25, 2006 is continued to **October 16, 20006 at 10 a.m.**

18

19

20   Dated: September 12, 2006                      _____
                                                    JAMES WARE
21                                                  United States District Judge

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10   National Union Fire Insurance Co. of          NO. C 04-01593 JW
     Pittsburgh, PA, et al.,
11                                                 **ORDER CONTINUING STATUS**
                        Plaintiffs,                **CONFERENCE**
12        v.

13   Seagate Technology, Inc. et al.,

14                        Defendants.
                                               /
15

16        Please take note that due to the Court's own unavailability, the status conference presently

17   scheduled for  September 25, 2006 is continued to **October 16, 20006 at 10 a.m.**

18

19

20   Dated: September 12, 2006

21                                             JAMES WARE
                                               United States District Judge
22

23

24

25

26

27

28

1

2

3

4

5

6

7                         IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10   National Union Fire Insurance Co. of          NO. C 04-01593 JW
     Pittsburgh, PA, et al.,
11                                                 **ORDER CONTINUING STATUS
                       Plaintiffs,                 CONFERENCE**
12         v.

13   Seagate Technology, Inc. et al.,

14                     Defendants.
                                               /
15

16         Please take note that due to the Court's own unavailability, the status conference presently

17   scheduled for  September 25, 2006 is continued to **October 16, 20006 at 10 a.m.**

18

19

20   Dated: September 12, 2006

21                                                 JAMES WARE
                                                   United States District Judge
22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                     IN THE UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION
10   National Union Fire Insurance Co. of          NO. C 04-01593 JW
     Pittsburgh, PA, et al.,
11                                                  **ORDER CONTINUING STATUS
                        Plaintiffs,                 CONFERENCE**
12         v.
13   Seagate Technology, Inc. et al.,
14                      Defendants.
                                              /
15
16         Please take note that due to the Court's own unavailability, the status conference presently
17   scheduled for  September 25, 2006 is continued to **October 16, 20006 at 10 a.m.**
18
19
20   Dated: September 12, 2006                    _James Ware_
21                                                JAMES WARE
                                                  United States District Judge
22
23
24
25
26
27
28

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Archie S. Robinson asr@robinsonwood.com
    Charles A. Reid charles.reid@dbr.com
3   Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
    Daniel Justin Weinberg dweinberg@orrick.com
4   John L. Winchester jlw@robinsonwood.com
    Robert E. Freitas rfreitas@orrick.com

5

6   **Dated: September 12, 2006**                    **Richard W. Wieking, Clerk**

7

8                                                    **By:   /s/JW Chambers**
                                                            **Elizabeth Garcia**
9                                                           **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Archie S. Robinson asr@robinsonwood.com
     Charles A. Reid charles.reid@dbr.com
3    Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
     Daniel Justin Weinberg dweinberg@orrick.com
4    John L. Winchester jlw@robinsonwood.com
     Robert E. Freitas rfreitas@orrick.com
5

6    **Dated: September 12, 2006**                        **Richard W. Wieking, Clerk**

7

8                                                         **By:    /s/JW Chambers**
                                                              **Elizabeth Garcia**
9                                                             **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Archie S. Robinson asr@robinsonwood.com
    Charles A. Reid charles.reid@dbr.com

3   Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
    Daniel Justin Weinberg dweinberg@orrick.com

4   John L. Winchester jlw@robinsonwood.com
    Robert E. Freitas rfreitas@orrick.com

5

6   **Dated: September 12, 2006**                **Richard W. Wieking, Clerk**

7

8                                                **By:   /s/JW Chambers**
                                                 **Elizabeth Garcia**

9                                                **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Archie S. Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com

3

Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com

4

John L. Winchester jlw@robinsonwood.com
Robert E. Freitas rfreitas@orrick.com

5

6

**Dated: September 12, 2006**                          **Richard W. Wieking, Clerk**

7

8                                                       **By:    /s/JW Chambers**
                                                        **Elizabeth Garcia**

9                                                       **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Archie S. Robinson asr@robinsonwood.com
     Charles A. Reid charles.reid@dbr.com
3    Cheryl A. Jorgensen Cheryl.jorgensen@dbr.com
     Daniel Justin Weinberg dweinberg@orrick.com
4    John L. Winchester jlw@robinsonwood.com
     Robert E. Freitas rfreitas@orrick.com
5

6    **Dated: September 12, 2006**                    **Richard W. Wieking, Clerk**

7

8                                                      **By:   /s/JW Chambers**
                                                            **Elizabeth Garcia**
9                                                           **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California