CHARLES A. REID, III (State Bar No. 221306)
CHERYL A. JORGENSEN (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Appearing Pro Hac Vice*
WILLIAM T. CORBETT, JR.
MARK D. SHERIDAN
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>Defendant | Case No. C-04-1593 JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING NATIONAL UNION'S AND AIU'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL OBJECTION TO MAGISTRATE'S OCTOBER 25, 2006 ORDER AND SUPPORTING DECLARATION**<br><br>No Hearing Required Pursuant to Civ. L. R. 7-11<br><br>**The Honorable James Ware<br>Courtroom 8, Floor 4** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\376638\1

1    On November 8, 2006, plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY
2    OF PITTSBURGH, PA ("National Union") and AMERICAN INTERNATIONAL
3    UNDERWRITERS INSURANCE COMPANY ("AIU") (National Union and AIU collectively
4    referred to as "Plaintiffs"), through their counsel, filed an administrative motion for an Order
5    that authorizes the sealing of National Union's and AIU's Objection to Magistrate Judge Lloyd's
6    October 25, 2006 Order Denying Their Motion For An Order To Show Cause Why Seagate
7    Should Not Be Compelled To Comply With This Court's Discovery Order Or Have Its Answer
8    And Affirmative Defenses Stricken ("the Insurers' Objection") and the supporting Declaration of
9    Cheryl A. Sabnis and its Exhibit.

10    Upon consideration of the papers, the arguments of counsel and the entire record in this
11    matter, IT IS ORDERED THAT Plaintiffs' motion for an Order authorizing sealing of these
12    documents is GRANTED.  The Clerk is directed to file under seal the unredacted Insurer's
13    Objection as well as the supporting Declaration of Cheryl A. Sabnis and its Exhibit and to file in
14    the public record the redacted a copy of the Insurer's Objection.

15    Only counsel of record for the parties to this action and the Court and its staff (including
16    any appellate court and its staff) are permitted to inspect the sealed records.

17    IT IS SO ORDERED.

18
19    Dated: November 14, 2006                     BY THE COURT

20
21                                                 _____
                                                   THE HONORABLE JAMES WARE
22                                                 UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\376638\1

2
[PROPOSED] ORDER GRANTING NATIONAL UNION'S AND AIU'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. C-04-1593 JW (HRL)