United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Seagate Technology, Inc., et al.,<br><br>　　　　Defendant. | No. C 04-01593 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING DATES FOR ANTICIPATED MOTIONS** |

　　　This case was scheduled for a case management conference on January 22, 2007.  Pursuant to the parties' Joint Case Management Statement, the Court **vacates the case management conference** and orders as follows.  The Court will conduct a hearing on (1) Plaintiffs' anticipated motion for summary judgment terminating their duty to defend and (2) Defendant's request for judgment pursuant to Rule 54(b) on **April 23, 2007 at 10 AM**.  The parties shall file their moving papers according to the schedule established by the Court's Local Rules.

Dated:  January 17, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie S. Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Sabnis Cheryl.sabnis@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
Robert E. Freitas rfreitas@orrick.com

**Dated: January 17, 2007**               **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**

2