United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11  National Union Fire Insurance Co. of Pittsburgh,
    PA, et al.,                                          No. C 04-01593 JW

12
                    Plaintiffs,                          **CORRECTED ORDER VACATING CASE
13                                                       MANAGEMENT CONFERENCE; SETTING
       v.                                                DATES FOR ANTICIPATED MOTIONS**
14
    Seagate Technology, Inc., et al.,
15
                    Defendant.
16  _____/

17

18          This case was scheduled for a case management conference on January 22, 2007.  Pursuant

19  to the parties' Joint Case Management Statement, the Court **vacates the case management**

20  **conference** and orders as follows.  The Court will conduct a hearing on (1) Plaintiffs' anticipated

21  motion for summary judgment terminating their duty to defend and (2) Defendant's request for

22  judgment pursuant to Rule 54(b) on **April 23, 2007 at 9 AM (note change in time)**.  The parties

23  shall file their moving papers according to the schedule established by the Court's Local Rules.

24

25  Dated:  January 18, 2007                            _____
                                                         JAMES WARE
26                                                       United States District Judge

27

28

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE  BEEN DELIVERED TO:**

2   Archie S. Robinson asr@robinsonwood.com
    Charles A. Reid charles.reid@dbr.com
3   Cheryl A. Sabnis Cheryl.sabnis@dbr.com
    Daniel Justin Weinberg dweinberg@orrick.com
4   Robert E. Freitas rfreitas@orrick.com

5   **Dated:  January 18, 2007**                    **Richard W. Wieking, Clerk**

6

7                                                    **By:   /s/ JW Chambers**
                                                         **Elizabeth Garcia**
8                                                        **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2