| | |
|---|---|
| CHARLES A. REID, III (SBN 221306)<br>CHERYL A. SABNIS (SBN 224323)<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, California 94105-2235<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 | ROBERT E. FREITAS (SBN 80948)<br>DANIEL J. WEINBERG (SBN 227159)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401 |
| *Appearing Pro Hac Vice*<br>WILLIAM T. CORBETT, JR.<br>MARK D. SHERIDAN<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Telephone: (973) 360-1100<br>Facsimile: (973) 360-9831 | Attorneys for Defendant and<br>Counterclaimant<br>SEAGATE TECHNOLOGY LLC |
| Attorneys for Plaintiffs<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA and<br>AMERICAN INTERNATIONAL<br>UNDERWRITERS INSURANCE COMPANY | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>Defendant. | Case No. C 04-01593 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S ANTICIPATED MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S ANTICIPATED REQUEST FOR JUDGMENT**<br><br>**[Civil L.R. 6-1(b), 6-2, and 7-12]** |
| SEAGATE TECHNOLOGY LLC<br><br>Counterclaimant,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; et al.,<br><br>Counterclaim Defendants. | |

OHS West:260189968.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE
C 04-01593 JW

Pursuant to Civil L. R. 6-1(b), 6-2, and 7-12, plaintiffs National Union Fire Insurance Company Of Pittsburgh, Pa ("National Union") and American International Underwriters Insurance Company ("AIU") (National Union and AIU referred to collectively as "Plaintiffs") and defendant Seagate Technology LLC ("Seagate" or "Defendant") file this Stipulation and [Proposed] Order continuing the hearing date on (1) Plaintiff's anticipated motion for summary judgment terminating the duty to defend, and (2) Defendant's anticipated request for judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

On January 16, 2007, Plaintiffs and Seagate filed a joint case management conference statement in advance of a January 22, 2007 case management conference. *See* Docket Item No. 185. On January 18, the Court, *sua sponte*, vacated the case management conference and ordered that the Court would conduct a hearing on (1) Plaintiff's anticipated motion for summary judgment terminating the duty to defend, and (2) Seagate's anticipated request for judgment pursuant to Rule 54(b) on April 23, 2007 at 9 a.m. *See* Docket Item No. 187. The Court further ordered that the parties file their moving papers according to the schedule established by the Court's Local Rules. *Id*.

Seagate's lead counsel is scheduled to begin trial in an unrelated matter on April 23, 2007 at 9 a.m., in the Northern District of California, San Francisco Division. That trial, *In re Dynamic Random Access Memory Antitrust Litigation*, Case No. M-02-1486-PJH, is scheduled to last six weeks. Accordingly, the parties hereby stipulate to continue the hearing date on (1) Plaintiff's anticipated motion for summary judgment terminating the duty to defend, and (2) Seagate's anticipated request for judgment pursuant to Rule 54(b) from **April 23, 2007 at 9 a.m.** to **June 18, 2007 at 9 a.m.** The parties further stipulate to file all moving papers according to the schedule established by the Court's Local Rules.

**IT IS SO STIPULATED.**

/ / /

Dated: March 7, 2007                    ORRICK, HERRINGTON & SUTCLIFFE, LLP

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg
Attorneys for Defendant and Counterclaimant
Seagate Technology LLC

Dated: March 7, 2007                    DRINKER, BIDDLE & REATH, LLP

/s/ Mark D. Sheridan /s/
Mark D. Sheridan
Attorneys for Plaintiffs and Counter-defendants
National Union Fire Insurance Company of
Pittsburgh, PA and American International
Underwriters Insurance Company

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: March 7, 2007                    Respectfully submitted,

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg

**IT IS SO ORDERED.**    Plaintiff's anticipated Motion for Summary Judgment and Defendant's Motion for Summary Judgment are continued from April 23 2007 to June 18 2007 @ 9:00 AM

Dated:  3/8/2007

Judge of the Northern District of California