CHARLES A. REID, III (State Bar No. 221306)
CHERYL A. SABNIS (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Appearing Pro Hac Vice*
WILLIAM T. CORBETT, JR.
MARK D. SHERIDAN
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>Defendant. | Case No. C-04-1593 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFFS' ANTICIPATED MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S ANTICIPATED REQUEST FOR JUDGMENT**<br><br>**[Civil L.R. 6-1(b), 6-2, and 7-12]** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\383726\1

STIPULATION AND [ ---------------- ] ORDER CONTINUING HEARING DATE ON
PLAINTIFFS' ANTICIPATED MOTION FOR SUMMARY JUDGMENT AND
DEFENDANT'S ANTICIPATED REQUEST FOR JUDGMENT
CASE NO. C-04-1593 JW

1   Pursuant to Civil L. R. 6-1(b), 6-2, and 7-12, plaintiffs NATIONAL UNION FIRE
2   INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN
3   INTERNATIONAL UNDERWRITERS INSURANCE COMPANY (collectively
4   "Plaintiffs") and defendant SEAGATE TECHNOLOGY, INC. ("Defendant") file this
5   Stipulation and [ --------------- ] Order continuing the hearing date on (1) Plaintiffs'
6   anticipated motion for summary judgment terminating the duty to defend, and (2)
7   Defendant's anticipated request for judgment pursuant to Rule 54(b) of the Federal Rules
8   of Civil Procedure.

9   Due to scheduling conflicts, Plaintiffs' counsel needs additional time to prepare
10  the briefing for Plaintiffs' anticipated motion. However, as this is a dispositive motion, a
11  shortened briefing schedule is impractical. Accordingly, the parties hereby stipulate to
12  continue the hearing date on (1) Plaintiffs' anticipated motion for summary judgment
13  terminating the duty to defend, and (2) Seagate's anticipated request for judgment
14  pursuant to Rule 54(b) from June 18, 2007 at 9 a.m. to **June 26, 2007 at 9 a.m.** The
15  parties further stipulate to file all moving papers according to the schedule established by
16  the Court's Local Rules.

17  **IT IS SO STIPULATED.**

19  Dated: May 8, 2007            Respectfully submitted,
                                   DRINKER BIDDLE & REATH LLP


                                   /s/ Cheryl A. Sabnis /s/
                                   CHERYL A. SABNIS

                                   Attorneys for Plaintiffs
                                   NATIONAL UNION FIRE INSURANCE
                                   COMPANY OF PITTSBURGH, PA and
                                   AMERICAN INTERNATIONAL
                                   UNDERWRITERS INSURANCE COMPANY

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\383726\1

2
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON
PLAINTIFFS' ANTICIPATED MOTION FOR SUMMARY JUDGMENT AND
DEFENDANT'S ANTICIPATED REQUEST FOR JUDGMENT
CASE NO. C-04-1593 JW

Dated: May 8, 2007                ORRICK HERRINGTON & SUTCLIFFE LLP

/s/ Daniel Weinberg /s/
DANIEL WEINBERG

Attorneys for Defendant
SEAGATE TECHNOLOGY, INC.

### CERTIFICATION

I attest that Daniel Weinberg has concurred in the filing of this document.

Dated: May 8, 2007                DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Sabnis /s/
CHERYL A. SABNIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:        May 8       , 2007

*[signature: James Ware]*

THE HONORABLE JAMES WARE
United States District Judge

The Court has specially set anticipated Motion hearings for June 26 2007 at 9:00 AM.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\383726\1

3
STIPULATION AND ------------------ | ORDER CONTINUING HEARING DATE ON PLAINTIFFS' ANTICIPATED MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S ANTICIPATED REQUEST FOR JUDGMENT
CASE NO. C-04-1593 JW