IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA, et al., | No. C 04-01593 JW |
| Plaintiffs, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| Seagate Technology, Inc., et al., | |
| Defendant. | |

On July 18, 2007, the Court issued an Order Granting Plaintiffs' Motion for Summary Judgment Terminating the Court-Ordered Duty to Defend. (See Docket Item No. 217.) In the July 18 Order, the Court stayed entry of judgment and ordered the parties to meet and confer and file a joint statement regarding the procedural posture of this case in light of the Court's Order and the recent Ninth Circuit's decision with respect to the AISLIC Defendant. The Court denied Seagate's Motion for Entry of Judgment as premature. The Court further ordered the parties to file a joint statement within thirty (30) days from the date of the July 18, 2007 Order. To date, the parties have failed to file their joint statement. Accordingly, the Court sets a Status Conference for **October 15, 2007 at 10 AM.** The parties shall file their joint statement addressing the issues raised by the July 18, 2007 Order by **October 5, 2007.**

Dated: September 21, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie S. Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Sabnis Cheryl.sabnis@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
Robert E. Freitas rfreitas@orrick.com

**Dated: September 21, 2007**                    **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**