1  CHARLES A. REID, III (State Bar No. 221306)
   CHERYL A. SABNIS (State Bar No. 224323)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5

   *Appearing Pro Hac Vice*
6  WILLIAM T. CORBETT, JR.
   MARK D. SHERIDAN
7  DRINKER BIDDLE & REATH LLP
   500 Campus Drive
8  Florham Park, New Jersey 07932-1047
   Telephone: (973) 360-1100
9  Facsimile: (973) 360-9831

10

   Attorneys for Plaintiffs
11 NATIONAL UNION FIRE INSURANCE COMPANY
   OF PITTSBURGH, PA and AMERICAN
12 INTERNATIONAL UNDERWRITERS INSURANCE
   COMPANY

13

**DENIED** — Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SEAGATE TECHNOLOGY, INC., <br><br> Defendant. | Case No. C-04-1593 JW <br><br> **ORDER DENYING STIPULATION FOR COUNSEL TO APPEAR TELEPHONICALLY; CONTINUING STATUS CONFERENCE** <br><br> **[Civil L.R. 7-12]** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\390334\1

STIPULATION AND [PROPOSED] ORDER PERMITTING ATTORNEY
SHERIDAN'S TELEPHONIC APPEARANCE AT OCTOBER 15, 2007 CONFERENCE
CASE NO. C-04-1593 JW

1   Pursuant to Civil L. R. 7-12, plaintiffs NATIONAL UNION FIRE INSURANCE
2   COMPANY OF PITTSBURGH, PA ("National Union"), AMERICAN
3   INTERNATIONAL UNDERWRITERS INSURANCE COMPANY ("AIU"),
4   AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY
5   ("AISLIC") and defendant SEAGATE TECHNOLOGY, INC. ("Seagate") file this
6   Stipulation and [Proposed] Order to permit National Union's and AIU's counsel to
7   appear telephonically for the October 15, 2007 Status Conference in the above-captioned
8   matter.
9   Due to a previously scheduled court appearance in another matter that requires his
10  personal presence in New Jersey on October 16, 2007, National Union and AIU have
11  advised counsel for AISLIC and Seagate that their counsel, Mark D. Sheridan, is unable
12  to personally attend the October 15 Status Conference in this matter and still return to
13  New Jersey in time for his October 16 appearance.  Further, attorney Cheryl A. Sabnis,
14  who has previously appeared in this action is unable to appear on October 15, due to a
15  previously scheduled deposition in another matter.  Additionally, as Mr. Sheridan argued
16  on behalf of National Union and AIU at the summary judgment hearing previously had in
17  this matter and it is anticipated the ruling on these motions will be the main subject of
18  discussion at the October 15 conference, Mr. Sheridan's attendance is necessary to
19  adequately represent National Union's and AIU's interests at this status conference.
20  Counsel for Seagate and AISLIC have stated that they have no objection to Mr.
21  Sheridan's telephonic appearance.
22  As such, the parties stipulate that Mr. Sheridan may appear telephonically at the
23  October 15, 2007, status conference in this matter.
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\390334\1

2
STIPULATION AND [PROPOSED] ORDER PERMITTING ATTORNEY
SHERIDAN'S TELEPHONIC APPEARANCE AT OCTOBER 15, 2007 CONFERENCE
CASE NO. C-04-1593 JW

**IT IS SO STIPULATED.**

                                            Respectfully submitted,

Dated: October 9, 2007           DRINKER BIDDLE & REATH LLP

                                            /s/ Cheryl A. Sabnis /s/
                                            CHERYL A. SABNIS

Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

Dated:  October 9, 2007          ROBINSON WOOD, INC.

                                            /s/ Archie S. Robinson /s/
                                            ARCHIE S. ROBINSON

Attorneys for Plaintiff
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

Dated:  October 9, 2007          ORRICK HERRINGTON & SUTCLIFFE LLP

                                            /s/ Daniel Weinberg /s/
                                            DANIEL WEINBERG

Attorneys for Defendant
SEAGATE TECHNOLOGY, INC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\390334\1

3
STIPULATION AND [PROPOSED] ORDER PERMITTING ATTORNEY SHERIDAN'S TELEPHONIC APPEARANCE AT OCTOBER 15, 2007 CONFERENCE
CASE NO. C-04-1593 JW

**CERTIFICATION**

I attest that Archie S. Robinson and Daniel Weinberg have concurred in the filing of this document.

Dated: October 9, 2007             DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Sabnis /s/
CHERYL A. SABNIS

**ORDER DENYING ABOVE STIPULATION; CONTINUING STATUS CONFERENCE**

The parties have Stipulated to permit Plaintiff's counsel to appear telephonically at the October 15, 2007 Status Conference. However, the Court does not have the ability to accommodate the request and prefers to have all relevant parties personally present for the status conference. Accordingly, based on the representations above, the Court continues the Status Conference to **October 22, 2007 at 10 AM** to accommodate counsel's schedule.

Dated: October 10, 2007             _____
JUDGE JAMES WARE
United State District Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\390334\1

4
STIPULATION AND [PROPOSED] ORDER PERMITTING ATTORNEY
SHERIDAN'S TELEPHONIC APPEARANCE AT OCTOBER 15, 2007 CONFERENCE
CASE NO. C-04-1593 JW