IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co., et al.,<br><br>   Plaintiffs,<br> v.<br><br>Seagate Technology, Inc.,<br><br>   Defendant.<br>_____/ | NO. C 04-01593 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On October 22, 2007, the Court conducted a Case Management Conference. The parties were represented by their respective counsel. Based on the discussion with the parties, the Court has identified five issues remaining in the case requiring the Court's determination. The issues are as follows:

(1) When the duty to defend Seagate in the <u>Convolve</u> action arose as to AISLIC.

(2) Reconsideration of when the duty to defend Seagate in the <u>Convolve</u> action arose as to AIU and National Union.

(3) Whether the duty to defend Seagate in the <u>Convolve</u> action terminated as to AISLIC, and if so, when the duty terminated.

(4) Whether AISLIC acted in bad faith in refusing to defend Seagate, and whether discovery is necessary for the Court to make a finding on this issue.

(5) Whether Plaintiffs are obligated to indemnify Seagate with respect to a judgment in the <u>Convolve</u> action, and whether this issue is ripe for the Court to consider.

1   The parties shall meet and confer, and file joint briefs on these motions by **December 11,
2   2007**.  For each motion listed above, the parties shall compile a three ring binder containing (1) the
3   motion and any supporting memorandum of law; (2) the opposition memorandum; (3) any reply
4   memorandum; and (4) any exhibits and declarations in support or opposition to the motion, which
5   shall be clearly labeled.  The binders shall be delivered to the Court, by the way of the Clerk's
6   office, no later than **December 14, 2007 at 2 PM (EST.)**

7   The Court specially sets a hearing on these motions for **January 8, 2008 at 9:00 AM.**

9   Dated:  October 23, 2007

   JAMES WARE
   United States District Judge

2

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie Stirling Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Sabnis Cheryl.sabnis@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
Robert E. Freitas rfreitas@orrick.com

**Dated:  October 23, 2007**               **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**