IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, Pa., et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>Seagate Technology, Inc.,<br><br>　　　　　Defendant. | NO. C 04-01593 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are presently scheduled for a Case Management Conference on June 9, 2008. In light of the parties' representations that they may be able to resolve the few remaining issues in this case, the Court finds good cause to continue the Case Management Conference to **June 30, 2008 at 10 a.m.** to facilitate settlement. The parties shall file a Joint Case Management Conference Statement on or before **June 20, 2008**, updating the Court on the status of their settlement negotiations.

Dated: June 5, 2008

　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie Stirling Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Sabnis Cheryl.sabnis@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
Michael Powers Pulliam michael.pulliam@dbr.com
Robert E. Freitas rfreitas@orrick.com
Robert E. Freitas rfreitas@orrick.com

**Dated:  June 5, 2008**                                           **Richard W. Wieking, Clerk**

                                                                   **By:   /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**