IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Ins. Co.<br>of Pittsburgh, Pa., et al.,<br><br>           Plaintiffs,<br>  v.<br><br>Seagate Technology, Inc.,<br><br>           Defendant. | NO. C 04-01593 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court conducted a Case Management Conference on June 30, 2008. Counsel for the respective parties were present. At the Case Management Conference, Counsel for Plaintiffs National Union Fire Insurance Co. of Pittsburgh, Pa. ("National Union") and American International Underwriters Insurance Company ("AIU") represented that Plaintiffs intend to file a motion concerning whether their duty to defend arose with the filing of the Complaint in the Underlying Action or upon Defendant's tender of the Complaint to Plaintiffs. Counsel for American International Specialty Lines Insurance Co. ("AISLIC") represented that it may file a response to any opposition to the motion filed by Defendant. In light of these representations, the Court sets the following briefing schedule:

(1) On or before **July 25, 2008**, Plaintiffs National Union and AIU shall file their motions concerning whether the duty to defend arose with the filing of the Complaint in the underlying action or upon Defendant's tender of the Complaint to Plaintiffs.

(2) On or before **August 15, 2008**, Defendant shall file its opposition, if any.

(3) On or before **August 25, 2008** Plaintiffs National Union and AIU shall file their replies, if any, and Plaintiff AISLIC shall file its response statement, if any. The Court intends to take Plaintiffs' motion under submission without the need for oral argument. However, the Court sets a Further Case Management Conference for **September 22, 2008 at 10 a.m.** The parties shall file a Joint Statement on or before **September 12, 2008** updating the Court on the posture of the case.

Dated: July 2, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie Stirling Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
Michael Powers Pulliam michael.pulliam@dbr.com
Robert E. Freitas rfreitas@orrick.com
Robert E. Freitas rfreitas@orrick.com

**Dated: July 2, 2008**                                              **Richard W. Wieking, Clerk**

                                                                  **By:  /s/ JW Chambers**
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California