IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| National Union Fire Insurance Co., et al., | NO. C 04-01593 JW |
|     Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; REFERRING THE PARTIES TO MAGISTRATE JUDGE SEEBORG FOR SETTLEMENT CONFERENCE; SCHEDULING HEARING FOR CROSS-MOTIONS RE: RULE 54(b) JUDGMENT** |
|   v. | |
| Seagate Technology, Inc., | |
|     Defendant. | |

On September 22, 2008, the Court conducted a Case Management Conference. In light of the discussion at the conference, the Court orders as follows:

(1) The parties are referred to Magistrate Judge Richard Seeborg, for the purpose of conducting settlement discussions. Accordingly, the parties shall contact Judge Seeborg's Chambers within ten (10) days from the date of this Order to set up the settlement conference.

(2) The Court sets **December 15, 2008 at 9 a.m.** as a presumptive date for a hearing on Cross-Motions re: Rule 54(b) Judgment. The parties shall file these motions in accordance with the Civil Local Rules of the Court. In the event that the parties can stipulate to a global Judgment, the parties may file the Stipulation in lieu of the cross-motions and the hearing will be VACATED.

Dated: September 23, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie Stirling Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
Michael Powers Pulliam michael.pulliam@dbr.com
Robert E. Freitas rfreitas@orrick.com

**Dated:  September 23, 2008**                          **Richard W. Wieking, Clerk**

                                                        **By:     /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California