**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   National Union Fire Insurance Co. of            NO. C 04-01593 JW
     Pittsburgh, PA, et al.,

11                                                   **ORDER VACATING CASE**
                      Plaintiffs,                    **MANAGEMENT CONFERENCE;**
12     v.                                            **ORDERING PLAINTIFFS TO FILE A**
                                                     **PROPOSED JUDGMENT**
13   Seagate Technology, Inc.,

14                      Defendant.
                                                  /
15

16          On January 26, 2009, the parties are scheduled to appear for a Case Management

17   Conference.  The parties have filed Case Management Statements.  (Docket Item Nos. 283-84.)  In

18   their Statements, the parties represent that they have been unable to agree upon a proposed form of

19   judgment.  In particular, the parties appear to dispute whether Defendant's breach of contract

20   counterclaim against Plaintiff American International Lines Specialty Insurance Co. should be

21   stayed or dismissed.  In conjunction with its Case Management Statement, Defendant submitted a

22   proposed form of judgment.  Plaintiffs, however, did not submit a proposed judgment.

23          In light of the parties' representations, the Court finds that it can resolve the issue of the form

24   of judgment without holding a Case Management Conference.  Accordingly, the Court VACATES

25   the January 26, 2009 Case Management Conference.

26

27

28

1    So that the Court may determine the form of judgment with input from all parties, on or

2 before **January 30, 2009**, Plaintiffs shall file a proposed judgment.  Once in receipt of proposed

3 judgments from both sides, the Court will issue a final judgment in this matter.

4

5 Dated:  January 23, 2009

    _____

6                                                                JAMES WARE
                                                                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie Stirling Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Cheryl A. Sabnis csabnis@kslaw.com
Daniel Justin Weinberg dweinberg@orrick.com
Michael Powers Pulliam michael.pulliam@dbr.com
Robert E. Freitas rfreitas@orrick.com

**Dated:  January 23, 2009**                 **Richard W. Wieking, Clerk**

                                             **By:     /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**