**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

National Union Fire Insurance Co. of
Pittsburgh, PA, et al.,

               Plaintiffs,

  v.

Seagate Technology, Inc.,

               Defendant.

_____/

NO. C 04-01593 JW

**ORDER REQUIRING JOINT STATUS
REPORT**

On July 9, 2009, the Court issued an order denying various Motions and referred the parties to Magistrate Judge Lloyd for a Report & Recommendation to determine the amount of prejudgment interest damages.  The parties were to contact Judge Lloyd's Chambers by July 20, 2009 to schedule a conference and to set up briefing for this referral.  (See Docket Item No. 306.)

To date, nearly six months later, there has been no activity on the docket and Judge Lloyd reports that the parties have not contacted his Chambers.  Accordingly, on or before **January 15, 2010, noon**, the parties shall file a Joint Status Report updating the Court on the status of this 2004 case and show cause why the parties have failed, for nearly six months, to advance the case by contacting Judge Lloyd's Chambers pursuant to the Court's Order.

The Court may require the parties to appear at a subsequent Conference upon reviewing the parties' Joint Status Report.  Failure to comply with this Order may warrant appropriate sanctions upon all parties.

Dated:  January 11, 2010

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie Stirling Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
Michael Powers Pulliam michael.pulliam@dbr.com
Robert E. Freitas rfreitas@orrick.com


**Dated:  January 11, 2010**                **Richard W. Wieking, Clerk**


                                    **By:_____/s/ JW Chambers_____**
                                       **Elizabeth Garcia**
                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California