1  (*Counsel listed on next page*)  ** E-filed March 12, 2010 **

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>Defendant. | CASE NO:  C 04-01593 JW<br><br>**STIPULATION REGARDING AMOUNT OF PREJUDGMENT INTEREST OWED BY AISLIC ACCORDING TO JULY 9, 2009 ORDER**<br><br>**Magistrate Judge Howard R. Lloyd** |
| SEAGATE TECHNOLOGY LLC.,<br><br>Counterclaimant,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Counterclaim Defendants. | |

CHARLES A. REID, III (SBN 221306)
MICHAEL P. PULLIAM (SBN 215435)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone:   415-591-7500
Facsimile:   415-591-7510

*Appearing Pro Hac Vice*
WILLIAM T. CORBETT, JR.
MARK D. SHERIDAN
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone:   973-360-1100
Facsimile:   973-360-9831

Attorneys for Plaintiffs and Counterclaim Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY

ARCHIE S. ROBINSON (SBN 34789)
JOSHUA J. BORGER (SBN 231951)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone:   408-298-7120
Facsimile:   408-298-0477

Attorneys for Plaintiff and Counterclaim Defendant
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

ROBERT E. FREITAS (STATE BAR NO. 80948)
DANIEL J. WEINBERG (STATE BAR NO. 227159)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendant and Counterclaimant
SEAGATE TECHNOLOGY LLC

## STIPULATION

**WHEREAS**, plaintiffs National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), American International Underwriters Insurance Company ("AIU"), and American International Specialty Lines Insurance Company ("AISLIC") (together "Plaintiffs") filed Declaratory Judgment claims against defendant Seagate Technology LLC ("Seagate") seeking a declaration that they owed no duty to defend or indemnify Seagate in *Convolve, Inc., et al. v. Seagate Technology LLC, et al*, Case No. 00 Civ. 5141 (S.D.N.Y.) (the "Underlying Action") (Docket Item No. 1);

**WHEREAS**, Seagate filed Counterclaims for Relief against Plaintiffs for Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, and Declaratory Judgment that Plaintiffs are obligated to defend Seagate in the Underlying Action (Docket Item No. 12);

**WHEREAS**, AISLIC filed a Motion for a Stay of Seagate's First Cause of Action for Breach of Contract (Docket Item No. 289) and Seagate filed a Motion for Summary Judgment of Breach of Contract Against AISLIC and for Prejudgment Interest (Docket Item No. 296);

**WHEREAS**, on July 9, 2009, the Court issued an Order denying AISLIC's motion for a stay, granting Seagate's motion for summary judgment as to its breach of contract counterclaim against AISLIC, granting in part and denying in part Seagate's motion for prejudgment interest, and referring the parties to Magistrate Judge Lloyd for a determination of prejudgment interest damages (Docket Item No. 306);

**WHEREAS**, the July 9, 2009 Order provides that prejudgment interest is to be calculated from the date of each legal bill received by Seagate in connection with its defense of the Underlying Action;

**WHEREAS**, based on the methodology for calculating prejudgment interest as set forth in the Court's July 9, 2009 Order, the amount of prejudgment interest owed by AISLIC is $3,128,026.46;

**WHEREAS**, AISLIC disagrees that it is liable for breach of contract, prejudgment interest, and the correctness of the Court's ruling regarding the method used to calculate

prejudgment interest, and intends to pursue an appeal of the Court's rulings as to these and other issues;

**WHEREAS**, in order to avoid further litigation in this matter and to allow the timely pursuit of an appeal, and preserving all appellate rights in this matter, AISLIC agrees to stipulate solely to the amount of prejudgment interest based upon the methodology set forth in the Court's July 9, 2009 Order;

**NOW, THEREFORE**, pursuant to Civil L.R. 7-12, it is hereby stipulated and agreed, by and among Plaintiffs and Seagate, as follows:

1. Pursuant to the Court's July 9, 2009 Order, the amount of prejudgment interest to be paid by AISLIC to Seagate is $3,128,026.46;

2. This stipulation does not, and shall not be construed to, alter, eliminate or otherwise affect any appellate rights the parties have, had or may have in the future, and shall not be used by any party to argue that such appellate rights have been impaired or otherwise affected.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _March 10, 2010            ORRICK, HERRINGTON & SUTCLIFFE, LLP

/s/
_____
Daniel J. Weinberg
Attorneys for Defendant and Counterclaimant
Seagate Technology LLC

| | | |
|---|---|---|
| 1 | Dated: March 10, 2010 | DRINKER, BIDDLE & REATH, LLP |
| 2 | | |
| 3 | | /s/ |
| 4 | | Charles A. Reid, III<br>Attorneys for Plaintiffs and Counter-defendants<br>National Union Fire Insurance Company of<br>Pittsburgh, PA and American International<br>Underwriters Insurance Company |
| 8 | Dated: March 10, 2010 | ROBINSON & WOOD, INC. |
| 10 | | /s/ |
| 11 | | Archie S. Robinson<br>Attorneys for Plaintiffs and Counter-defendant<br>American International Specialty Lines<br>Insurance Company |

**IT IS SO ORDERED.**

Dated:  March 12, 2010

Hon. Howard R. Lloyd
United States Magistrate Judge