1 | *Counsel listed on next page*

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware
2/17/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> SEAGATE TECHNOLOGY, INC., <br><br> Defendant. <br><br> SEAGATE TECHNOLOGY INC., <br><br> Counterclaimant, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, <br><br> Counterclaim Defendants. | CASE NO: C 04-01593 JW <br><br> **STIPULATION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION OF JUDGMENT PENDING APPEAL** <br><br> The Honorable James Ware |

642586 STIPULATION TO APPROVE SUPERSEDEAS BOND

CASE NO. C 04-01593 JW

| | |
|---|---|
| 1 | |
| 2 | CHARLES A. REID, III (SBN 221306)<br>MICHAEL P. PULLIAM (SBN 215435)<br>DRINKER BIDDLE & REATH LLP |
| 3 | 50 Fremont Street, 20th Floor<br>San Francisco, California  94105-2235 |
| 4 | Telephone:     415-591-7500<br>Facsimile:      415-591-7510 |
| 5 | |
| 6 | *Appearing Pro Hac Vice*<br>WILLIAM T. CORBETT, JR.<br>MARK D. SHERIDAN |
| 7 | DRINKER BIDDLE & REATH LLP<br>500 Campus Drive |
| 8 | Florham Park, New Jersey  07932-1047<br>Telephone:     973-360-1100 |
| 9 | Facsimile:      973-360-9831 |
| 10 | Attorneys for Plaintiffs and Counterclaim Defendants<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN |
| 11 | INTERNATIONAL UNDERWRITERS INSURANCE COMPANY |
| 12 | |
| 13 | ARCHIE S. ROBINSON (SBN 34789)<br>JOSHUA J. BORGER (SBN 231951)<br>ROBINSON & WOOD, INC. |
| 14 | 227 North First Street<br>San Jose, CA 95113 |
| 15 | Telephone:     408-298-7120<br>Facsimile:      408-298-0477 |
| 16 | |
| 17 | Attorneys for Plaintiff and Counterclaim Defendant<br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, currently known as CHARTIS SPECIALTY INSURANCE COMPANY |
| 18 | |
| 19 | ROBERT E. FREITAS (STATE BAR NO. 80948)<br>DANIEL J. WEINBERG (STATE BAR NO. 227159) |
| 20 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 21 | Menlo Park, CA  94025<br>Telephone:     650-614-7400 |
| 22 | Facsimile:      650-614-7401 |
| 23 | Attorneys for Defendant and Counterclaimant<br>SEAGATE TECHNOLOGY LLC |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**STIPULATION**

**WHEREAS**, plaintiffs National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), American International Underwriters Insurance Company ("AIU"), and American International Specialty Lines Insurance Company, currently known as Chartis Specialty Insurance Company ("Chartis Specialty") (collectively, "Plaintiffs") filed Declaratory Judgment claims against defendant Seagate Technology LLC ("Seagate") seeking a declaration that they owed no duty to defend or indemnify Seagate in connection with the underlying lawsuit captioned as *Convolve, Inc., et al. v. Seagate Technology LLC, et al*, Case No. 00 Civ. 5141 (S.D.N.Y.) (the "Convolve Action") (Docket Item No. 1); and

**WHEREAS**, on September 2, 2010, the Court entered a Judgment that, among other things, entered a money judgment in favor of Seagate in the amount of $3,128,026.46 against Chartis Specialty in connection with Seagate's First Counterclaim for relief against Chartis Specialty (Docket Item No. 325); and

**WHEREAS**, on October 1, 2010, Plaintiffs, including Chartis Specialty, timely filed a notice of appeal (Docket No. 331); and

**WHEREAS**, Chartis Specialty has obtained a bond in the amount of $3,910,033.08, which represents 125% of the amount of the Judgment; and

**WHEREAS**, Seagate has agreed that this amount is sufficient and has approved the form of the bond and administrative motion for approval thereof. A copy of the bond is attached hereto as Exhibit A and will be filed with the Court upon approval by the Court.

**NOW THEREFORE**, pursuant to Civil L.R. 7-12, it is hereby **STIPULATED AND AGREED** by and among the Parties:

1.  The bond in the amount of $3,910,033.08 is sufficient to stay execution of the judgment against Chartis Specialty; and

2. Upon the Court's approval of the assented-to bond amount, the judgment against Chartis Specialty shall be stayed pursuant to Fed. R. Civ. P. 62(d).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 15, 2011                    ORRICK, HERRINGTON & SUTCLIFFE, LLP


                                            /s/ Daniel Weinberg
                                            Daniel Weinberg
                                            Attorneys for Defendant and Counterclaimant
                                            Seagate Technology LLC


Dated: February 15, 2011                    DRINKER, BIDDLE & REATH, LLP


                                            /s/ Michael P. Pulliam
                                            Michael P. Pulliam
                                            Attorneys for Plaintiffs and Counter-defendants
                                            National Union Fire Insurance Company of
                                            Pittsburgh, PA and American International
                                            Underwriters Insurance Company


Dated:  February 15,  2011                  ROBINSON & WOOD, INC.


                                            /s/ Archie S. Robinson
                                            Archie S. Robinson
                                            Attorneys for Plaintiff and Counter-defendant
                                            American International Specialty Lines
                                            Insurance Company

1 | **IT IS SO ORDERED.**

3 | Dated: _____February 17_____, 2010

_____
Hon. James Ware
United States District Chief Judge