IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>Seagate Technology, Inc.,<br><br>        Defendant. | NO. C 04-01593 JW<br><br>**ORDER REOPENING CASE; SETTING CASE MANAGEMENT CONFERENCE** |

On February 22, 2012, the Court granted the parties' Stipulation in the above-captioned matter to adjourn the Case Management Conference scheduled in this case for February 27, 2012 pending resolution of Plaintiffs' Petition for Rehearing in the Ninth Circuit. (See Docket Item No. 350.) On July 31, 2012, Plaintiffs informed the Court that their Petition for Rehearing had been denied. (See Docket Item No. 355.) In addition, Plaintiffs request that the Court re-schedule a Case Management Conference "at the Court's earliest convenience." (Id.)

Accordingly, the Court finds good cause at this time to set a Case Management Conference. The Court sets **September 24, 2012 at 10 a.m.** for a Case Management Conference. On or before **September 14, 2012**, the parties shall submit a Joint Case Management Conference Statement including, *inter alia*, a good faith proposal for how this 2004 case should proceed.

The Clerk of Court shall reopen this case.

Dated: August 2, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Archie Stirling Robinson asr@robinsonwood.com
Charles A. Reid charles.reid@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
Michael Powers Pulliam michael.pulliam@dbr.com
Robert E. Freitas rfreitas@ftbklaw.com

**Dated:  August 2, 2012**                                              **Richard W. Wieking, Clerk**

                                                             **By:     /s/ JW Chambers**
                                                                     **William Noble**
                                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California