IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> SEAGATE TECHNOLOGY, INC., <br><br>   Defendant. <br> ———————————————————/ <br> AND RELATED COUNTERCLAIMS <br> ———————————————————/ | No. C 04-01593 WHA <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

As stated at the case management conference, opening briefs regarding the applicability of California Civil Code section 2860 are due by **NOON ON NOVEMBER 15**. Opposition briefs are due by **NOON ON DECEMBER 6**. Reply briefs, if any, are due by **NOON ON DECEMBER 13**. Opening and opposition briefs are limited to 20 pages each. Reply briefs are limited to 5 pages each. The hearing is scheduled for **8:00 A.M. ON DECEMBER 20**.

**IT IS SO ORDERED.**

Dated: October 11, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE