United States District Court

For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   NATIONAL UNION FIRE INSURANCE                No. C 04-01593 WHA
     CO. OF PITTSBURGH, PA, et al.,
11

12              Plaintiffs,
                                                  **ORDER SETTING
13        v.                                      BRIEFING SCHEDULE**

14   SEAGATE TECHNOLOGY, INC.,

15              Defendant.
                                          /
16   AND RELATED COUNTERCLAIMS

17                                        /

18        As stated at the case management conference, opening briefs regarding the applicability

19   of California Civil Code section 2860 are due by **NOON ON NOVEMBER 15**.  Opposition briefs

20   are due by **NOON ON DECEMBER 6**.  Reply briefs, if any, are due by **NOON ON DECEMBER 13**.

21   Opening and opposition briefs are limited to 20 pages each.  Reply briefs are limited to 5 pages

22   each.  The hearing is scheduled for **8:00 A.M. ON DECEMBER 20**.

23

24        **IT IS SO ORDERED.**

25

26   Dated:   October 11, 2012.                   _____
                                                  WILLIAM ALSUP
27                                                UNITED STATES DISTRICT JUDGE

28