IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE INSURANCE
CO. OF PITTSBURGH, PA, et al.,

    Plaintiffs,

  v.

SEAGATE TECHNOLOGY,

    Defendant.

No. C 04-01593 WHA

**ORDER DENYING MOTIONS TO SEAL**

Both parties move to file documents related to their cross motions for summary judgment under seal. The information in question reveals amounts that Seagate has been charged for the work of its counsel in ongoing litigation. The information the parties seek to seal is not privileged, does not rise to the level of a trade secret, and would not warrant closing the courtroom under the compelling reasons standard of the *Kamakana* decision. As a result, the motions are **DENIED**.

**IT IS SO ORDERED.**

Dated: December 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE