1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   NATIONAL UNION FIRE INSURANCE                No. C 04-01593 WHA
     CO. OF PITTSBURGH, PA, et al.,

11
                    Plaintiffs,
12                                                **ORDER DENYING
                                                  MOTIONS TO SEAL**
13     v.

14   SEAGATE TECHNOLOGY,

15                  Defendant.
                                             /
16

17          Both parties move to file documents related to their cross motions for summary judgment

18   under seal.  The information in question reveals amounts that Seagate has been charged for the

19   work of its counsel in ongoing litigation.  The information the parties seek to seal is not

20   privileged, does not rise to the level of a trade secret, and would not warrant closing the

21   courtroom under the compelling reasons standard of the *Kamakana* decision.  As a result, the

22   motions are **DENIED**.

23

24          **IT IS SO ORDERED.**

25

26   Dated:   December 21, 2012.
                                              _____
27                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
28

*United States District Court*
For the Northern District of California