IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, et al.,

    Plaintiffs,

  v.

SEAGATE TECHNOLOGY, INC.,

    Defendant.

No. C 04-01593 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting plaintiffs' cross-motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of National Union Fire Insurance Company of Pittsburgh, PA, et al., and against Seagate Technology, Inc. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE