IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> SEAGATE TECHNOLOGY, INC., <br><br>  Defendant. <br> _____ / | No. C 04-01593 WHA <br><br> **ORDER STAYING ACTION** |

An order dated May 1 ordered the parties to show cause why this action should not be stayed in light of National Union's appeal of a Rule 60 motion that paved the way for this action to move forward. In their responses to the order to show cause, the parties dispute whether this Court currently has jurisdiction and whether the action should proceed. Whether jurisdiction now exists appears to turn on whether jurisdiction was proper over the Rule 60 motion, which is the subject of National Union's appeal.

All proceedings in the district court are hereby **STAYED** pending clarification from the court of appeals as to which court has jurisdiction over this case. The current hearing date on the parties' pending motions is **VACATED**. This ruling is without prejudice to refiling after a ruling and/or remand by the court of appeals. This is also without prejudice to any party petitioning for review of the March 27 order under Section 1292(b).

The parties shall appear for a further case management conference on **JULY 11 AT 11:00 A.M.** The parties shall submit a joint case management statement by **JULY 3 AT NOON**.

The parties are also **ORDERED** to provide copies of this order to the court of appeals by **MAY 9 AT NOON**.

**IT IS SO ORDERED.**

Dated: May 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2