IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 04-01593 WHA<br><br><br>**ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE** |

　　　An order dated May 7 stayed this action pending clarification from the court of appeals as to which court has jurisdiction over this case. The court of appeals' May 28 order dismissing the appeals confirmed that jurisdiction remains with this Court. Accordingly, this order hereby **LIFTS THE STAY** of this action.

　　　The parties previously teed up all remaining requests for relief on April 25 (Dkt. Nos. 401–02). Due to the parties' appellate activity and the resulting stay, no oppositions were filed. This order hereby sets the following briefing schedule: oppositions to the April 25 motions will be due on **JUNE 4 AT NOON**; any replies will be due on **JUNE 10 AT NOON**; the

1  motions will be heard on **JUNE 20 AT 8:00 A.M.**  The case management conference set for
2  July 11 is **VACATED**.

4  **IT IS SO ORDERED.**

6  Dated: May 30, 2013.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE