IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, et al.,

    Plaintiffs,

  v.

SEAGATE TECHNOLOGY, INC.,

    Defendant.

No. C 04-01593 WHA

**NOTICE RE TRIAL DATES**

The Court thanks the parties for their joint letter regarding their settlement of the issues remaining for trial next month. The parties are reminded, however, that all hearing dates and deadlines shall remain on-calendar until a formal dismissal is filed.

**IT IS SO ORDERED.**

Dated: July 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE