IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>    Defendant.<br>                                     / | No. C 04-01593 WHA<br><br>**ORDER SETTING IMMEDIATE HEARING** |

      The parties have filed a stipulation and order compelling arbitration of remaining disputes and requesting entry of judgment. The Court is mindful that the last time judgment was entered the parties turned around and revealed that there were issues still lurking in the case. To ensure that this does not occur again the parties shall appear for a hearing **TODAY, AUGUST 5, AT 2:00 P.M.** Until the judgment is entered, all deadlines remain in place.

      **IT IS SO ORDERED.**

Dated: August 5, 2013.

                                                      WILLIAM ALSUP<br>
                                                     UNITED STATES DISTRICT JUDGE